**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

EFRAIN MANZANARES,

Plaintiff,

v.

PHH MORTGAGE, et al.,

Defendants.

Case No. 26-cv-02661-BLF

**ORDER GRANTING MOTION TO DISMISS COMPLAINT WITH LEAVE TO AMEND**

[Re: ECF 5]

Defendants Onity Mortgage Corporation, formerly known as PHH Mortgage Corporation, and Wells Fargo National Association, as Trustee for Structured Asset Securities Corporation Mortgage Passthrough Certificates Series 2007-BC1, move to dismiss the complaint filed by Plaintiff Efrain Manzanares. *See* Defs.' Mot., ECF 5. The motion was heard on July 30, 2026. Plaintiff's counsel did not appear despite being advised by the Court in two written orders that his personal appearance was required. Sanctions against Plaintiff's counsel for his non-appearance at the hearing will be addressed in a separate order.

The motion is GRANTED WITH LEAVE TO AMEND. The complaint asserts six claims for violations of California statutes governing foreclosure proceedings and one claim of unfair competition under California Business and Professions Code § 17200. Each and every claim is deficient for the reasons set forth in Defendants' motion to dismiss. The complaint is obviously a form complaint that was not even proofread, as it refers to Plaintiff as both "he" and "she" throughout, sometimes in the same sentence. All allegations are boilerplate and conclusory. The complaint does not address the interest of Nora Manzanares in the real property at issue, although the Deed of Trust attached to the complaint reflects that title to the property was held by Plaintiff and Nora Manzanares "HUSBAND AND WIFE AS JOINT TENANTS." *See* Compl. Ex. A, ECF 1-1.

United States District Court
Northern District of California

Accordingly, IT IS HEREBY ORDERED:

(1) Defendants' motion to dismiss is GRANTED WITH LEAVE TO AMEND;

(2) Any amended pleading SHALL be filed within 14 days after the issuance of this order, by August 13, 2026;

(3) Leave to amend is granted only as to the claims and parties in the original complaint. No additional claims or parties may be added without prior leave of the Court;

(4) Failure to file an amended complaint by August 13, 2026 will result in dismissal of the action with prejudice without further notice; and

(5) This order terminates ECF 5.

Dated: July 30, 2026

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California