United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

EFRAIN MANZANARES,

Plaintiff,

v.

PHH MORTGAGE, et al.,

Defendants.

Case No. 26-cv-02661-BLF

**ORDER TO SHOW CAUSE RE SANCTIONS**

Plaintiff's counsel, Joaquin Nolet, is ORDERED TO SHOW CAUSE why the Court should not impose sanctions against him in the amount of $684.77 for his non-appearance at the July 30, 2026 hearing on Defendants' motion to dismiss. The sanctions would be payable to Defendants as reimbursement for the travel costs incurred by defense counsel in attending the hearing at which Mr. Nolet was a no-show. Mr. Nolet SHALL FILE a written show cause response, not to exceed five pages, by August 17, 2026. If Mr. Nolet requests a hearing, it shall be in person on August 27, 2026 at 9:00 a.m. in Courtroom 1, United States District Court, 280 S. 1st Street, San Jose, 95113. Failure to request a hearing will result in the matter being submitted without oral argument.

**IT IS SO ORDERED.**

Dated: August 10, 2026

BETH LABSON FREEMAN
United States District Judge