**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

EFRAIN MANZANARES,

Plaintiff,

v.

PHH MORTGAGE, et al.,

Defendants.

Case No. 26-cv-02661-BLF

**ORDER IMPOSING SANCTIONS**

On August 10, 2026, the Court issued an Order to Show Cause why Plaintiff's counsel, Joaquin Nolet, should not be sanctioned in the amount of $684.77 for his non-appearance at the July 30, 2026 hearing on Defendants' motion to dismiss. *See* OSC, ECF 24. The Court indicated that the sanctions would be payable to Defendants as reimbursement for the travel costs incurred by defense counsel in attending the hearing at which Mr. Nolet was a no-show. *See id.*

Mr. Nolet filed a timely response to the Order to Show Cause on August 17, 2026, agreeing that imposition of sanctions against him in the amount of $684.77 would be reasonable. *See* Response, ECF 27. Mr. Nolet states that he will make every effort to appear at all future hearings before this Court. *See id.*

Accordingly, Mr. Nolet is hereby sanctioned in the amount of $684.77, payable to Defendants within 10 days after the date of this order.

The Court notes that Mr. Nolet seems to believe that "appearance counsel" would be a reasonable alternative to his appearance at hearings. That common state court practice is not allowed in this or other cases before the undersigned.

**IT IS SO ORDERED.**

Dated: August 17, 2026

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California